ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Southern Federal Pilot, Inc. | ) | ASBCA No. 61119 |
| | ) | |
| Under Contract No. N68836-17-D-0002 | ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Steven Parrish
                                  President

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                  Henry D. Karp, Esq.
                                    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 24, 2020

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61119, Appeal of Southern Federal Pilot, Inc., rendered in conformance with the Board's Charter.

Dated: June 25, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals